1

2

3

4                          UNITED STATES DISTRICT COURT

5                          EASTERN DISTRICT OF CALIFORNIA

6

7    PEDRO F. DURAN,                          1:14-cv-001337-GSA- (PC)

8                    Plaintiff,
                                              ORDER TO SUBMIT APPLICATION
9         v.                                  TO PROCEED IN FORMA PAUPERIS
                                              OR PAY FILING FEE WITHIN 45 DAYS
10   CONNIE GIBSON,

11                  Defendant.

12

13        Plaintiff, a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

14   1983, filed this action on August 28, 2014 and submitted a copy of his prison trust account

15   statement. (Docs. 1, 2.)  However, Plaintiff did not submit an application to proceed in forma

16   pauperis.

17        Accordingly, IT IS HEREBY ORDERED that:

18        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20   the $400.00 filing fee for this action.  Plaintiff is not required to submit another copy of his trust

21   account statement. **No requests for extension will be granted without a showing of good**

22   **cause**.  **Failure to comply with this order will result in dismissal of this action.**

23   IT IS SO ORDERED.

24
          Dated:    **September 4, 2014**              **/s/ Gary S. Austin**
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28